TALLAL, A.K.A. TURNER, APPELLANT, *v.* BANK ONE, N.A., APPELLEE.

[Cite as *Tallal v. Bank One, N.A.* (2002), 94 Ohio St.3d 1251.]

(No. 01–512—Submitted February 27, 2002—Decided April 3, 2002.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, HANDWORK and LUNDBERG STRATTON, JJ., concur.

PETER M. HANDWORK, J., of the Sixth Appellate District, sitting for COOK, J.

*Blakemore, Meeker & Bowler Co., L.P.A., Robert C. Meeker* and *Darren W. DeHaven,* for appellant.

*Zeiger & Carpenter, Marion H. Little, Jr., John W. Zeiger* and *Eva C. Gildee,* for appellee.

HOOK; GENTIS, EXR., APPELLANT, *v.* CITY OF SPRINGFIELD ET AL., APPELLEES.

[Cite as *Hook v. Springfield* (2002), 94 Ohio St.3d 1251.]

(No. 01–519—Submitted February 26, 2002—Decided April 3, 2002.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and PFEIFER, JJ., dissent.